# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

WAYNE FREDERICK POLAND,                                             PLAINTIFF
ADC #145512

v.                          No. 5:10CV00263 JLH-JTK

DONNY FORD, et al.                                                DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Wheeler and Steward are DISMISSED from this action, for failure to state a claim.

IT IS SO ORDERED this 8th day of February, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE