**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

WAYNE FREDERICK POLAND,                                PLAINTIFF
ADC #145512

v.                  5:10-cv-00263-JLH-JTK

DONNY FORD, et al.                                                DEFENDANTS

**ORDER**

On December 1, 2010, Plaintiff filed an Amended Complaint against Defendant Donny Ford. Therefore, the Court will direct issuance of summons and service of Plaintiff's Original and Amended Complaints on Defendant Ford.

In addition, summons was returned, unexecuted, with respect to Defendants Timothy Steward and Christal Martindale on March 9, 2011 (Doc. Nos. 42, 43). Plaintiff is directed to provide the Court with a new address for these Defendants within fifteen days of the date of this Order. Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for Defendant Donny Ford. The United States Marshal is directed to serve a copy of the Original and Amended Complaints (Doc. Nos. 1, 23) and summons on the Defendant Donny Ford without prepayment of fees and costs or security therefore.

IT IS FURTHER ORDERED that Plaintiff shall file a new address for Defendants Timothy Steward and Christal Martindale within fifteen days of the date of this Order.

IT IS SO ORDERED this 24th day of March, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE