IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WAYNE FREDERICK POLAND,                                                              PLAINTIFF
ADC #145512

v.                                   No. 5:10CV00263 JLH-JTK

DONNY FORD, et al.                                                                  DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Martindale and Steward are DISMISSED without prejudice from Plaintiff's Complaint, for failure to serve.

IT IS SO ORDERED this 27th day of July, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE