# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

WAYNE FREDERICK POLAND,                                    PLAINTIFF
ADC #145512

v.                             5:10-cv-00263-JLH-JTK

DONNY FORD, et al.                                                DEFENDANTS

## ORDER

This matter is before the Court on Plaintiff's Motion to Compel (Doc. No. 99). Defendants filed a Response in opposition to the Motion (Doc. No. 103).

In his Motion, Plaintiff states that Defendants did not comply with his request for daily logs for the first and second shifts, and sent only a portion of the requested documents. Plaintiff also states Defendants fails to respond to his request for a list of all jail employees during his period of confinement at the Dallas County Jail.

In their Response, Defendants state they have complied with Plaintiff's discovery requests by providing him with his entire jail file and medical records. (See Doc. Nos. 103-1, 103-2, their responses to Plaintiff's interrogatories.) Defendants note that although Plaintiff requested a list of staff under Interrogatory No. 15, he did not identify the month or year at issue and also asked for information relevant to his period of solitary confinement, which Defendants state did not occur.[1] Defendants state they have provided Plaintiff with all records in their possession to the best of their abilities.

---

[1] Defendants also incorrectly construe Plaintiff's November 18, 2011 filing as a Motion currently pending before this Court. Plaintiff's filing was docketed as a discovery request from the Defendants. See Doc. No. 97.

Having reviewed the Motion and the Response, the Court finds that the Motion should be denied at this time. If Plaintiff can identify specific, complete, requests to which he has not received responses from Defendants, he may re-file a motion to compel. However, Plaintiff must be specific about the information requested and why such information is relevant to this case. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion to Compel (Doc. No. 99) is DENIED without prejudice.

IT IS SO ORDERED this 20th day of December, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE