IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WAYNE FREDERICK POLAND,
ADC #145512                                                                                           PLAINTIFF

v.                                      5:10-cv-00263-JLH-JTK

DONNY FORD, et al.                                                                              DEFENDANTS

## ORDER

This matter is before the Court on the Defendants' Motion for Partial Summary Judgment (Doc. No. 106). As of this date, Plaintiff has not filed a response to the Motion. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall file a response to Defendants' Motion for Partial Summary Judgment within ten (10) days of the date of this Order. Failure to respond to this Court's Order may result in the dismissal without prejudice of the Plaintiff's Complaint for failure to prosecute. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 13th day of February, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE