# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

WAYNE FREDERICK POLAND,                                                                      PLAINTIFF
ADC #145512

v.                              5:10-cv-00263-JLH-JTK

DONNY FORD, et al.                                                                           DEFENDANTS

## ORDER

Defendants shall file a Response to Plaintiff's Motion for Reconsideration (Doc. No. 109) within ten days of the date of this Order.

IT IS SO ORDERED this 15th day of February, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE