# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

WAYNE FREDERICK POLAND,                                             PLAINTIFF
ADC #145512

v.                  No. 5:10CV00263 JLH-JTK

DONNY FORD, et al.                                                        DEFENDANTS

## **JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 22nd day of March, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE