# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

WAYNE FREDERICK POLAND,                                                                          PLAINTIFF
ADC #145512

v.                                      No. 5:10CV00263 JLH-JTK

DONNY FORD; *et al*.                                                                          DEFENDANTS

## ORDER

The Court has received the proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety.

IT IS, THEREFORE, ORDERED that defendants' motion for partial summary judgment (Doc. No. 106) is GRANTED, and the following claims are dismissed: official capacity, verbal harassment, conditions of confinement, and deliberate indifference with respect to plaintiff's urinary voiding.

IT IS SO ORDERED this 11th day of June, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE