**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

WAYNE FREDERICK POLAND,
ADC #145512                                                                                          PLAINTIFF

v.                                          5:10CV00263-JLH-JTK

DONNY FORD, et al.                                                                                DEFENDANTS

### ORDER

This matter is scheduled for a Settlement Conference on May 16, 2013, at 10:00 a.m., Courtroom #4B, Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Little Rock, Arkansas.

The Arkansas Department of Correction (ADC) is hereby directed to ensure the Plaintiff's attendance at the conference, together with a copy of Plaintiff's medical records and institutional file.

IT IS SO ORDERED this 3rd day of May, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE